City of Chicago, Appellant, v. Connie Lee, Appellee.
City of Chicago, Appellant, v. Tommy Works, Appellee.

Gen. Nos. 46,213–46,217.

John J. Mortimer, Corporation Counsel of City of Chicago, for appellant; L. Louis Karton, Head of Appeals and Review Division, and Arthur Magid, Assistant Corporation Counsel, of counsel; no briefs filed for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 12, 1954; rehearing denied November 29, 1954; released for publication November 29, 1954.